# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAMUEL JAY LOVE**
**ADC #168174**                                                                                          **PLAINTIFF**

V.                                    NO. 3:23-cv-00106-DPM-ERE

**ALEXANDER DELGADO**                                                                          **DEFENDANT**

## ORDER

Samuel Jay Love, an Arkansas Division of Correction ("ADC") inmate, filed this lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. Mr. Love's complaint alleges that, on April 5, 2023, Sergeant Alexander Delgado used excessive force against him in retaliation for his use of the grievance procedure. Mr. Love seeks both injunctive and monetary relief.

The Court has screened Mr. Love's complaint as mandated by 28 U.S.C. § 1915A.[1] For screening purposes, Mr. Love has stated: (1) an excessive force claim

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

against Sergeant Delgado; and (2) a retaliation claim against Sergeant Delgado.[2] Service is now proper.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare a summons for Sergeant Delgado.

2. The United States Marshal is directed to serve Sergeant Delgado with a summons and a copy of the complaint (with any attachments) (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Sergeant Delgado should be attempted through the ADC Compliance Division, P.O. Box 20550, Pine Bluff, Arkansas 71612.

SO ORDERED 15 May 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] Mr. Love's complaint also alleges that, after he was placed in isolation, unidentified guards refused to provide him 16 meals. *Doc. 2 at 6*. Because this claim is unrelated to the claims Mr. Love raises against Sergeant Delgado, it may not be pursued in this case. See FED. R. CIV. P. 20(a)(2) (multiple defendants may be joined in one lawsuit only if the claims against them arise "out of the same transaction, occurrence, or series of transactions or occurrences," *and* involve "any question of law or fact common to all defendants").

If Mr. Love wants to pursue this, or any other, unrelated claim, he may do so by filing a new lawsuit.