# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**SAMUEL JAY LOVE**
**ADC #168174**                                                                                                               **PLAINTIFF**

**V.**                 **NO. 3:23-cv-00106-DPM-ERE**

**ALEXANDER DELGADO**                                                         **DEFENDANT**

## ORDER

Pending before the Court is Plaintiff Samuel Jay Love's motion for a status update. *Doc. 5*. On May 15, 2023, the Court issued a summons for Defendant Alexander Delgado. *Doc. 3*. At this time, that summons has not been returned either executed or unexecuted.

IT IS HEREBY ORDERED THAT:

1. Mr. Love's motion (*Doc. 5*) is GRANTED.

2. The Clerk is instructed to send Mr. Love a copy of the docket sheet for this lawsuit, along with a copy of this Order.

So Ordered 6 June 2023.

_____
UNITED STATES MAGISTRATE JUDGE