IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SAMUEL JAY LOVE
ADC #168174                                                                                          PLAINTIFF

V.                              NO. 3:23-cv-00106-DPM-ERE

ALEXANDER DELGADO                                                                        DEFENDANT

## ORDER

Pending before the Court is Plaintiff Samuel Jay Love's motion for a status update. *Doc. 10*. Today, Defendant Delgado filed an answer to Mr. Love's complaint. *Doc. 9*.

IT IS HEREBY ORDERED THAT:

1. Mr. Loves' motion for a status update (*Doc. 10*) is GRANTED.

2. The Clerk is instructed to send Mr. Love copies of the docket sheet for this lawsuit and Defendant Delgado's answer.

So Ordered 20 July 2023.

_____
UNITED STATES MAGISTRATE JUDGE