IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SAMUEL JAY LOVE
ADC #168174                                                         PLAINTIFF

v.                          No. 3:23-cv-106-DPM

ALEXANDER DELGADO, Correctional
Sgt., North Central Unit, ADC                                       DEFENDANT

### ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's recommendation, *Doc. 19*, and overrules Love's objections, *Doc. 20*. Fed. R. Civ. P. 72(b)(3). Love does not dispute that he filed this case before grievance NC-23-165 was fully exhausted. He argues, without offering supporting evidence, that an ADC employee violated policy by opening his sealed appeal. But the undisputed facts show there was no violation. *Doc. 16 at* ¶¶ *45-54*. This is not a case where the grievance procedure was unavailable to Love. *See Smith v. Andrews*, 75 F.4th 805, 808 (8th Cir. 2023). This case will be dismissed without prejudice.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023