# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SAMUEL JAY LOVE  
ADC #168174                                                                    PLAINTIFF

v.                              No. 3:23-cv-106-DPM

ALEXANDER DELGADO, Correctional  
Sgt., North Central Unit, ADC                                      DEFENDANT

## JUDGMENT

Love's complaint is dismissed without prejudice.

_____  
D.P. Marshall Jr.  
United States District Judge

21 September 2023